UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 06 B 11017
   VERNA L NICKERSON
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-2686
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/05/06 and confirmed on 12/20/06.

2. The case was converted to Chapter 7 after confirmation, 12/30/2008.

3. The Debtor paid a total of $   5720.74 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 1606.25 | .00 | 1606.25 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | UNSECURED | 10584.19 | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 411.10 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 1767.60 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 34044.67 | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1099.31 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 87.82 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2487.06 | .00 | 525.76 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1606.25 | 2487.06 | 47994.69 | .00 | 52088.00 |
| PRINCIPAL PAID | 1606.25 | 525.76 | .00 | .00 | 2132.01 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1606.25 | 525.76 | .00 | .00 | 2132.01 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3407.50 and was paid $    176.00  direct and $   3231.50  through the plan.

The Trustee received $    264.96 .

Refunds to the Debtor totaled $     92.27 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE